**No. 11-5603. Antwoyne Neal, Petitioner v. United States.**

565 U.S. 916, 132 S. Ct. 333, 181 L. Ed. 2d 207, 2011 U.S. LEXIS 5926.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 408 Fed. Appx. 600.